### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BIANCA JOSEPH and JUSTIN ROGALSKY, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br> v. <br><br> YARDI SYSTEMS, INC., a California corporation, <br><br> *Defendant*. | Case No. 1:24−cv−11026 <br><br> Hon. Sunil R. Harjani |

### PLAINTIFFS' NOTICE OF NON-OPPOSITION TO MOTION TO STAY

Plaintiffs Bianca Joseph and Justin Rogalsky, by and through their undersigned counsel, respectfully file this notice of non-opposition to Defendant Yardi Systems, Inc.'s motion to stay this action pursuant to the "first-to-file" rule. (Dkt. 22.)

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: January 22, 2025 | /s/ Michael W. Ovca |
| | Ari Scharg <br> ascharg@edelson.com <br> Schuyler Ufkes <br> sufkes@edelson.com <br> Michael W. Ovca <br> movca@edelson.com <br> **EDELSON PC** <br> 350 North LaSalle Street, 14th Floor <br> Chicago, Illinois 60654 <br> Tel: 312.589.6370 <br> Fax: 312.589.6378 <br><br> Philip L. Fraietta <br> pfraietta@bursor.com <br> **BURSOR & FISHER, P.A.** <br> 1300 Avenue of the Americas, 32nd Floor <br> New York, NY 10019 <br> Tel: 646.837.7150 |

1

        Kevin Tucker
        ktucker@eastendtrialgroup.com
        Stephanie Moore (*pro hac vice*)
        smoore@eastendtrialgroup.com
        Jessica Liu (*pro hac vice*)
        jliu@eastendtrialgroup.com
        **EAST END TRIAL GROUP LLC**
        6901 Lynn Way, Suite 215
        Pittsburgh, PA 15208
        Tel: 412.877.5220

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                /s/ Michael W. Ovca