**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Bianca Joseph, et al.
                          Plaintiff,

v.                                         Case No.: 1:24−cv−11026
                                                           Honorable Sunil R. Harjani

Yardi Systems, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 23, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: As a result of Plaintiff's notice of non−opposition [30], defendant's motion to stay this case [22] is granted as unopposed. Status report on the other pending cases in this district is due by 12/3/2025. Tracking status set for 12/10/2025 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.